Kurt Ramlo (SBN 166856)
LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Telecopier: (310) 229-1244
E-mail: kr@lnbyg.com

Attorneys for Plaintiff, Edward M. Wolkowitz,
Chapter 7 Trustee of the bankruptcy estate of
Interworks Unlimited Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>    Debtor | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7 |
| EDWARD M. WOLKOWITZ, Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc,<br><br>    Plaintiff,<br><br>    v.<br><br>DIGITAL GADGETS, LLC, a New Jersey limited liability company,<br><br>    Defendant. | Adv. No. 2:21-ap-01128-VZ<br><br>**Joint Status Report and Notice of Settlement**<br><br><u>Status Conference:</u><br>Date:  July 10, 2024<br>Time: 10:30 a.m.<br>Place: Courtroom 1368<br>         United States Bankruptcy Court<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

Plaintiff Edward M. Wolkowitz, chapter 7 trustee and plaintiff herein (the "**Trustee**" or "**Plaintiff**"), on the one hand, and defendant Digital Gadgets, LLC ("**Defendant**" and collectively with the Plaintiff, the "**Parties**"), on the other hand, provide this joint status report and notice of settlement:

This matter was assigned to the Court's Mediation Program and the Parties participated in

two half-day sessions with the assigned mediator, Michael Lubic. The Parties had further communications with the mediator thereafter, but for about the past three weeks the Parties have been engaged in direct settlement communications and this afternoon reached a settlement in principle by exchange of emails, subject to memorialization in a customary written settlement agreement and subject to approval by this Court.

The Parties at tomorrow's status conference intend to request the Court to continue the status conference for approximately two months. The Parties expect to prepare, negotiate, and execute a settlement agreement within the next one or two weeks and the Trustee expects to file a motion for approval in the main case within the next three weeks.

Dated: July 10, 2024    LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: ___/s/ Kurt Ramlo___
KURT RAMLO
Attorneys for Plaintiff Edward M. Wolkowitz, Chapter 7 Trustee for bankruptcy estate of Interworks Unlimited Inc.

Dated: July 10, 2024    LAZARUS & LAZARUS, P.C.

By _____
HARLAN M. LAZARUS, ESQ.
Attorneys for Defendant, Digital Gadgets, LLC

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Joint Status Report and Notice of Settlement** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 10, 2024** checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Mark David Brutzkus    mbrutzkus@stubbsalderton.com
- Harlan M Lazarus    hlazarus@lazarusandlazarus.com
- Jared H Louzon    jhlouzon@lazarusandlazarus.com
- Kurt Ramlo    kr@lnbyg.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward M Wolkowitz    emw@lnbyg.com

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On **July 10, 2024** served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 10, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 10, 2024 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**