United States Bankruptcy Court
Central District of California

Wolkowitz,
    Plaintiff

Digital Gadgets, LLC, a New Jersey limit,
    Defendant

Adv. Proc. No. 21-01128-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jun 13, 2025      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

**Recip ID**     **Recipient Name and Address**
pla     + Edward M. Wolkowitz, Levene, Neale, Bender, Yoo & Brill L.L.P, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067-6253

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID   Bypass Reason   Name and Address**
intp        Courtesy NEF
dft        Digital Gadgets, LLC, a New Jersey limited liabili

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name**     **Email Address**

Edward M Wolkowitz
     on behalf of Interested Party Courtesy NEF emw@lnbyg.com

Harlan M Lazarus
     on behalf of Defendant Digital Gadgets LLC, a New Jersey limited liability company hlazarus@lazarusandlazarus.com

Jared H Louzon
     on behalf of Defendant Digital Gadgets LLC, a New Jersey limited liability company jared@mizlegal.com

Kurt Ramlo
     on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com kr@ecf.courtdrive.com

District/off: 0973-2      User: admin      Page 2 of 2

Date Rcvd: Jun 13, 2025      Form ID: pdf031      Total Noticed: 1

Mark David Brutzkus
    on behalf of Defendant Digital Gadgets  LLC, a New Jersey limited liability company mbrutzkus@stubbsalderton.com

Michael G D'Alba
    on behalf of Plaintiff Edward M. Wolkowitz mgd@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

Michael G. D'Alba (SBN 264403)
LEVENE, NEALE, BENDER, YOO
 & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Telecopier: (310) 229-1244
E-mail: mgd@lnbyg.com

Attorneys for Plaintiff, Edward M. Wolkowitz, Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc.

**FILED & ENTERED**

**JUN 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mohammad **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor. | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7 |
| EDWARD M. WOLKOWITZ, Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GADGETS, LLC,<br><br>Defendant. | Adv. No. 2:21-ap-01128-VZ<br><br>**JUDGMENT UPON STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT**<br><br>Continued Status Conference<br>Date:   August 14, 2025<br>Time:  10:30 a.m.<br>Place:  Courtroom 1368<br>            United States Bankruptcy Court<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

In accordance with the *Stipulation for Entry of Judgment Upon Default* and the supporting declaration filed on behalf of Plaintiff,

IT IS ORDERED:

1. Judgment is entered in favor of Edward M. Wolkowitz, Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc. the Trustee and against Defendant Digital Gadgets, LLC, a New York limited liability company, also known as Digital Gadgets Medical, Novutech Medical, and West-View Sales, in the amount of $164,000.

2. This Judgment accrues interest at the federal judgment rate as of the date of entry of this Judgment until the Judgment is paid in full.

###

Date: June 13, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2